UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TUCKER LAMB and JUSTINE RICHARDS,
in their individual capacities and on behalf of
    others similarly situated,

                                        Plaintiffs,       **Affidavit of Gregory Lisi**

    - against -

SINGH HOSPITALITY GROUP, INC.; HARENDRA
SINGH, an individual; RAJ & RAJ REALTY, LTD.,
d/b/a H.R. Singleton's or Singleton's; SRB       **Index No.: 2:11-cv-6060 MKB-ARL**
CONCESSION INC., d/b/a Singleton's Seafood
Shack; Quinn Restaurant Corp. d/b/a Water's
Edge; S.R.B. Convention & Catering Corp d/b/a
The Woodlands; H&R Concessions Inc. d/b/a Poco
Loco; BRS Restaurant Inc.; f/d/b/a Thom Thom's
Steak & Seafood; and RBS Restaurants Inc. f/d/b/a
Ruby's Famous BBQ Joint,
                                     Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK }
                         }
COUNTY OF NASSAU }

Gregory S. Lisi, under penalty of perjury, hereby declares as follows:

1. I am an attorney admitted to practice before the Courts of the States of New York and the United States District Court of the Southern District of New York, and submits this affidavit in further support of Defendants' Opposition to Plaintiffs' Motion for Collective Certification.

2. The facts of this case are more fully stated in Defendants' accompanying Memorandum of Law.

3. Appended is the Affidavit of Harendra Singh.

I, Gregory S. Lisi, declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2013
       Uniondale, New York

                                                             _____
                                                              Gregory S. Lisi

Forchelli, Curto, Deegan,
Schwartz, Mineo & Terrana, LLP.
The OMNI
333 Earle Ovington Blvd.
Suite 1010
Uniondale, NY 11553
Ph: (516) 678-1700
Fax: (516) 678-1729
glisi@forchellilaw.com

Sworn to before me this 11th
day of March, 2013

_____
Notary Public

WILLIAM F. BONESSO
NOTARY PUBLIC, State of New York
No. 02BO6098736
Qualified in Suffolk County
Commission Expires 06/15/2014