# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

Selected Entity Name: RAJ & RAJ REALTY, LTD.
Selected Entity Status Information

**Current Entity Name:** RAJ & RAJ REALTY, LTD.
**DOS ID #:** 973599
**Initial DOS Filing Date:** FEBRUARY 12, 1985
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
HARENDRA V SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Chief Executive Officer**
HARENDRA V SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Principal Executive Office**
HARENDRA V SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Registered Agent**
NONE

This office does not record information regarding the

names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

### # of Shares  Type of Stock  $ Value per Share
200            No Par Value

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 12, 1985 | Actual | RAJ & RAJ REALTY, LTD. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

Selected Entity Name: SRB CONCESSION INC.
Selected Entity Status Information

**Current Entity Name:** SRB CONCESSION INC.
**DOS ID #:** 3183245
**Initial DOS Filing Date:** MARCH 28, 2005
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
TOBAY BEACH
OCEAN PARKWAY
MASSAPEQUA, NEW YORK, 11758

**Chief Executive Officer**
HARENDRA SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Principal Executive Office**
SRB CONCESSION INC.
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Registered Agent**
NONE

This office does not record information regarding the

names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 28, 2005 | Actual | SRB CONCESSION INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

        Selected Entity Name: QUINN RESTAURANT CORPORATION
        Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | QUINN RESTAURANT CORPORATION |
| **DOS ID #:** | 615475 |
| **Initial DOS Filing Date:** | DECEMBER 04, 1980 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

        Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
QUINN RESTAURANT CORPORATION
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

        **Chief Executive Officer**

HARENDRA SINGH
44 DRIVE & EAST RIVER
LONG ISLAND CITY, NEW YORK, 11101

        **Principal Executive Office**

QUINN RESTAURANT CORPORATION
44TH DRIVE & EAST RIVER
LONG ISLAND CITY, NEW YORK, 11101

        **Registered Agent**

HARENDRA SINGH
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 04, 1980 | Actual | QUINN RESTAURANT CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

Selected Entity Name: S.R.B. CONVENTION & CATERING CORP.
Selected Entity Status Information

**Current Entity Name:** S.R.B. CONVENTION & CATERING CORP.
**DOS ID #:** 2408173
**Initial DOS Filing Date:** AUGUST 12, 1999
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O JAMES NAPOLITANO, CPA
821 WEST JERICHO TURNPIKE
SUITE 334
SMITHTOWN, NEW YORK, 11787

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include the
name(s) and address(es) of the initial officers, directors,
and shareholders in the initial certificate of incorporation,
however this information is not recorded and only

available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 28, 2002 | Actual | S.R.B. CONVENTION & CATERING CORP. |
| AUG 12, 1999 | Actual | S.R.B. CATERING CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

Selected Entity Name: H&R CONVENTION & CATERING CORP.
Selected Entity Status Information

**Current Entity Name:** H&R CONVENTION & CATERING CORP.
**DOS ID #:** 3668276
**Initial DOS Filing Date:** MAY 07, 2008
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
H&R CONVENTION & CATERING CORP.
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

**Chief Executive Officer**
HARENDRA SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Principal Executive Office**
H&R CONVENTION & CATERING CORP.
310 LAUREL LANE
LAUREL HOLLOW, NEW YORK, 11791

**Registered Agent**
NONE

This office does not record information regarding the

names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAY 07, 2008 | Actual | H&R CONVENTION & CATERING CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through March 8, 2013.

Selected Entity Name: BRS REST. INC.
Selected Entity Status Information

**Current Entity Name:** BRS REST. INC.
**DOS ID #:** 3023029
**Initial DOS Filing Date:** MARCH 08, 2004
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
BRS REST. INC.
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Chief Executive Officer**
HARENDRA SINGH
150 HICKSVILLE RD
BETHPAGE, NEW YORK, 11714

**Principal Executive Office**
HARENDRA SINGH
310 LAUREL LANE
LAUREL HOLLOW, NEW YORK, 11791

**Registered Agent**
NONE

This office does not record information regarding the

Case 2:11-cv-06060-MKB-ARL Document 16-3 Filed 03/11/13 Page 12 of 14 PageID #: 203

names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 08, 2004 | Actual | BRS REST. INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 8, 2013.

---

Selected Entity Name: RBS RESTAURANTS, INC.
Selected Entity Status Information

**Current Entity Name:** RBS RESTAURANTS, INC.
**DOS ID #:** 3578094
**Initial DOS Filing Date:** OCTOBER 10, 2007
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RBS RESTAURANTS, INC.
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

**Chief Executive Officer**
HARENDRA SINGH
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

**Principal Executive Office**
RBS RESTAURANTS, INC.
150 HICKSVILLE ROAD
BETHPAGE, NEW YORK, 11714

**Registered Agent**
REGISTERED AGENT REVOKED

, ,

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include the
name(s) and address(es) of the initial officers, directors,
and shareholders in the initial certificate of incorporation,
however this information is not recorded and only
available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 10, 2007 | Actual | RBS RESTAURANTS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us