UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
TUCKER LAMB, ET AL.,

                    Plaintiffs,

        v.

SINGH HOSPITALITY GROUP, INC.,

                    Defendants.
----------------------------------------------------------------------x

**ORDER OF DISCONTINUANCE**
11-CV-6060 (MKB)

MARGO K. BRODIE, United States District Judge:

      The parties in the above-captioned action having informed the Court that this case has been settled, it is hereby

      ORDERED, that this action be discontinued without prejudice, to reopen if the settlement is not consummated.

                                                S/MKB
                                                MARGO K. BRODIE
                                                United States District Judge

Dated: September 9, 2014
       Brooklyn, New York